Denise Bourgeois Haley
Attorney at Law: 143709
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)868-5886
Fax: (562)868-5491
E-Mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
FERNANDO PERALTA ALVIDRES

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO PERALTA ALVIDRES ) | Case No.: 1:15-cv-00400-BAM |
| ) | |
| Plaintiff, ) | ORDER EXTENDING BRIEFING |
| v. ) | SCHEDULE |
| ) | |
| CAROLYN W. COLVIN, Acting ) | |
| Commissioner of Social Security. ) | |
| ) | |
| Defendant. ) | |
| ) | |

Based upon the stipulation of the parties, and for cause shown, IT IS HEREBY ORDERED, that Plaintiff shall have an extension of time, to and include **October 23, 2015**, in which to file Plaintiff's CONFIDENTIAL LETTER BRIEF; and that all other deadlines set forth in the March 20, 2015 Case Management Order shall be extended accordingly.

IT IS SO ORDERED.

Dated:   **October 1, 2015**            /s/ Barbara A. McAuliffe
                              UNITED STATES MAGISTRATE JUDGE

-1-