1  Denise Bourgeois Haley
   Attorney at Law: 143709
   Law Offices of Lawrence D. Rohlfing
2  12631 East Imperial Highway, Suite C-115
   Santa Fe Springs, CA 90670
3  Tel.: (562)868-5886
   Fax: (562)868-5491
4  E-mail: rohlfing.office@rohlfinglaw.com

5  Attorneys for Plaintiff
   Fernando Peralta Alvidres
6

7

8              **UNITED STATES DISTRICT COURT**
               **EASTERN DISTRICT OF CALIFORNIA**
9                     **FRESNO DIVISION**

10

11  FERNANDO PERALTA ALVIDRES,  )  Case No.: 1:15-cv-00400-BAM
                                )
12                              )  ORDER OF  DISMISSAL
              Plaintiff,        )
13                              )
          vs.                   )
14  CAROLYN W. COLVIN, Acting   )
    Commissioner of Social Security, )
15                              )
                                )
16         Defendant.           )
                                )
17  _____)

18

19       Pursuant to the stipulation of dismissal filed on October 28, 2015 (Doc. 12), this action is

20  DISMISSED  with  prejudice  pursuant  to  Rule  41(a)(1)(A)(ii)  of  the  Federal  Rules  of  Civil

    Procedure.  Each party shall bear its own attorney's fees, costs and expenses.  The Clerk of the
21
    Court is directed to close this case.
22  IT IS SO ORDERED.

23
         Dated:   **October 30, 2015**        /s/ *Barbara A. McAuliffe*
24                                        UNITED STATES MAGISTRATE JUDGE

25

26

                                        -1-

-2-

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26